# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:21-CR-00272     Recorder: CS 07/06/2021     Date: 07/06/2021

Present: The Honorable Steve Kim, U.S. Magistrate Judge

Court Clerk: Connie G. Chung         Assistant U.S. Attorney: Solomon Kim by VTC

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| JONATHAN LEE SMITH BOND-PRESENT BY VTC | ANTHONY PACHECO RETAINED BY VTC | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Information and acknowledges having been read or having received a copy of the Information and waives the reading thereof.
Waiver of Indictment submitted, accepted by the Court and filed.

Defendant pleads not guilty to all counts in the Information.

This case is assigned to the calendar of District Judge John F. Walter.
It is ordered that the following date(s) and time(s) are set:
Guilty Plea and Setting of all other proceedings 08/31/2021 at 8:00 AM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are to immediately email the clerk to obtain further instructions from the Court. Counsel should include in the email the defendant(s) name; case number; bond/custody status; where defendant is housed if in custody; interpreter needs; trial date; and attach a copy of signed/filed waiver of indictment. Obtain retained counsel's telephone number and e-mail address or attach business card.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 02
Initials of Deputy Clerk: CC by TRB