Anthony Pacheco (CA Bar No. 128277)
apacheco@vedderprice.com
VEDDER PRICE (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
T: (424) 204 7700
F: (424) 204 7702

FILED
CLERK, U.S. DISTRICT COURT

7/6/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: clee DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:21-CR-00272-JFW |
| v. | |
| JONATHAN LEE SMITH, | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
| DEFENDANT. | |

I, Jonathan Lee Smith _____, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☑ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __6th__ day of __July__, 20_21_
at _Sanford, Florida_
*(City and State)*

_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____
_____
*Interpreter*

CR-37 (05/15)      DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS