

FILED
CLERK, U.S. DISTRICT COURT
JUL - 6 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V. PLAINTIFF | 2:21-CR-00272-JFW |
| Jonathan Lee Smith, DEFENDANT | **WAIVER OF INDICTMENT** |

I, Jonathan Lee Smith, the above-named defendant, who is accused of wire fraud, in violation of 18 USC §1343, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 7/6/21, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

Date 7/6/21

Date 7/6/21

Date 7/6/21

Defendant: Jonathan Lee Smith /per

Counsel for Defendant

Before: Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

Date _____    Interpreter _____

CR-57 (06/14)                WAIVER OF INDICTMENT