Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorney for Defendant
Jonathan Lee Smith

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00272-JFW |
|---|---|
| Plaintiff, | **DEFENDANT JONATHAN SMITH'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE THE DECLARATION OF JONATHAN LEE SMITH UNDER SEAL PURSUANT TO LOCAL RULE 79-5** |
| v. | |
| JONATHAN LEE SMITH, | |
| Defendant. | |
| | *[Filed concurrently with Declaration from Anthony Pacheco]* |
| | The Honorable John F. Walter |

By and through his counsel of record, Defendant Jonathan Lee Smith ("Smith") hereby applies *ex parte* for an order granting leave for Smith to file under seal the Declaration of Jonathan Lee Smith pursuant to Local Rule 79-5. There is good cause to allow for the application to be filed under seal as is detailed in the accompanying Declaration from Anthony Pacheco.

Counsel for Smith conferred with counsel for the United States regarding this *ex parte* application as well as the underlying declaration that Smith seeks to file under seal. *See* Declaration of Anthony Pacheco at ¶ 4-6.

WHEREFORE, Smith respectfully requests that the Court grant leave to file the Declaration of Jonathan Lee Smith under seal.

Dated: September 16, 2021        VEDDER PRICE (CA), LLP

By: /s/ Anthony Pacheco
     Anthony Pacheco

Attorney for Defendant
Jonathan Lee Smith

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Anthony Pacheco
Anthony Pacheco