Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorney for Defendant
Jonathan Lee Smith

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00272-JFW |
|---|---|
| Plaintiff, | **DECLARATION OF ANTHONY PACHECO IN SUPPORT OF DEFENDANT JONATHAN SMITH'S UNOPPOSED *EX PARTE* APPLICATION TO PLACE THE DECLARATION OF JONATHAN LEE SMITH UNDER SEAL PURSUANT TO LOCAL RULE 79-5** |
| v. | |
| JONATHAN LEE SMITH, | |
| Defendant. | |
|  | *[Filed Concurrently with Ex Parte Application for Leave to file the Declaration of Jonathan Lee Smith Under Seal]* |
|  | The Honorable John F. Walter |

DECLARATION OF ANTHONY PACHECO

I, Anthony Pacheco, declare pursuant to 28 U.S.C. § 1726 as follows:

1. I am an attorney at law admitted to practice law in the State of California and before the United States District Court for the Central District of California. I am employed as an attorney at the law firm of Vedder Price (CA), LLP, and counsel of record for Defendant Jonathan Smith ("Smith") in this case. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, could and would competently testify thereto.

2:21-CR-00272-JFW

2. The declaration of Smith filed with the Court in this matter contains confidential information, namely the identity of his client and the amount of money that his client has paid toward Smith's legal fees. The source of the payment is from an entity that has employed Smith to work and its identity is not a matter of public concern, nor is the amount of the payment toward Smith's legal defense. This information is considered confidential pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Local Criminal Rule 79-5.

3. If leave is granted, Smith will file a notice regarding the release order and bond form including the declaration of Jonathan Lee Smith, which would be filed under seal.

4. In September 2021, I conferred with counsel for the United States listed below regarding this *ex parte* application to file Jonathan Smith's declaration under seal:

> Alexander B. Schwab
> Assistant United States Attorney
> 1100 United States Courthouse
> Los Angeles, CA 90012
> 213.894.1259
> Alexander.Schwab@usdoj.gov

5. On September 4, 2021, I provided, via email, counsel for the United States a copy of the *ex parte* application for leave to file under seal the declaration of Jonathan Lee Smith.

///
///
///
///

6. By email stated September 6, 2021, after having reviewed the *ex parte* application, counsel for the United States indicated that the United States does not object to the instant *ex parte* application to seal the Declaration of Jonathan Lee Smith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed this 16th day of September 2021 in Los Angeles, California.

By: /s/ Anthony Pacheco
Anthony Pacheco

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Anthony Pacheco
Anthony Pacheco