1  Anthony Pacheco (SBN 128277)
   apacheco@vedderprice.com
2  Vedder Price (CA), LLP
   1925 Century Park East, Suite 1900
3  Los Angeles, California 90067
   T:  +1 424 204 7700
4  F:  +1 424 204 7702

5  Attorney for Defendant
   Jonathan Lee Smith

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 2:21-CR-00272-JFW

12              Plaintiff,             **DEFENDANT JONATHAN
                                       SMITH'S UNOPPOSED EX
13       v.                            PARTE APPLICATION FOR
                                       LEAVE TO FILE THE
14  JONATHAN LEE SMITH,                DECLARATION OF JONATHAN
                                       LEE SMITH UNDER SEAL**
15              Defendant.
                                       *[Filed concurrently with Declaration
16                                     of Anthony Pacheco, [Redacted]
                                       Declaration of Jonathan Lee Smith,
17                                     and [Proposed] Order]*

18                                     The Honorable John F. Walter

19       By and through his counsel of record, Defendant Jonathan Lee Smith

20  ("Smith") hereby applies *ex parte* for leave to file the Declaration of Jonathan Lee

21  Smith under seal.  There is good cause to file the accompanying Declaration of

22  Jonathan Lee Smith under seal as is detailed in the accompanying Declaration of

23  Anthony Pacheco.

24       Counsel for Smith conferred with counsel for the United States regarding this

25  *ex parte* application to file the Declaration of Jonathan Lee Smith under seal and

26  the simultaneously filed *ex parte* application to continue the sentencing date.  *See*

27  Declaration of Anthony Pacheco at ¶ 3-5.  A copy of the redacted Declaration of

28  Jonathan Lee Smith is attached as Exhibit A.

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

2:21-CR-00272-JFW

WHEREFORE, Smith respectfully requests that the Court grant leave to file the Declaration of Jonathan Lee Smith under seal.

Dated:     October 1, 2021          VEDDER PRICE (CA), LLP


                                    By: /s/ Anthony Pacheco
                                        Anthony Pacheco

                                    Attorney for Defendant
                                    Jonathan Lee Smith

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 1, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Anthony Pacheco
Anthony Pacheco

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

3

CERTIFICATE OF SERVICE