# EXHIBIT A

```
1  Anthony Pacheco (SBN 128277)
   apacheco@vedderprice.com
2  Vedder Price (CA), LLP
   1925 Century Park East, Suite 1900
3  Los Angeles, California 90067
   T: +1 424 204 7700
4  F: +1 424 204 7702

5  Attorney for Defendant
   Jonathan Lee Smith
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LEE SMITH,<br><br>Defendant. | Case No. 2:21-CR-00272-JFW<br><br>**DECLARATION OF JONATHAN LEE SMITH**<br><br>**[REDACTED]**<br><br>The Honorable John F. Walter |
|---|---|

<u>DECLARATION OF JONATHAN LEE SMITH</u>

I, Jonathan Lee Smith, hereby declare and state as follows:

1. I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify under oath if called upon to do so.

2. My sentencing hearing date is calendared for October 18, 2021, at 8:00 A.M. I respectfully request a continuance of my sentencing hearing to a date in January 2022.

3. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

1 █████████████████████████████████████████████████████
2 █████████████████████████████████████████████████████
3 █████████████████████████████████████████████████████
4 █████████████████████████████████████████████████████
5 █████████████████████████████████████████████████████
6 ████████████████████████████████████████████
7 ████████
8     4.   █████████████████████████████████████████
9 █████████████████████████████████████████████████████
10 ████████████████████████████████████
11     5.   █████████████████████████████████████████
12 █████████████████████████████████████████████████████
13 █████████████████████████████████████████████████████
14 █████████████████████████████████████████████████████
15 ████████████████████████████████
16     6.   █████████████████████████████████████████
17 █████████████████████████████████████████████████████
18 █████████████████████████████████████████████████████
19 █████████████████████████████████████████████████████
20     7.   █████████████████████████████████████████
21 █████████████████████████████████████████████████████
22 █████████████████████████████████████████████████████
23 █████████████████████████████████████████████████████
24 █████████████████████████████████████████████████████
25 █████████████████████████████████████████████████████
26 █████████████████████████████████████████████████████
27 █████████████████████████████████████████████████████
28 █████████████████████████████████████████████████████

1. [redacted]
2. [redacted]
3. [redacted]
4. [redacted]
5. [redacted]
6. 8.  [redacted]
7. [redacted]
8. [redacted]
9. [redacted]
10. [redacted]
11. [redacted]
12. [redacted]
13. [redacted]
14. [redacted]
15. [redacted]
16. [redacted]
17. 9.  [redacted]
18. [redacted]
19. [redacted]
20. [redacted]
21. [redacted]
22. [redacted]
23. [redacted]
24. [redacted]
25. [redacted]
26. [redacted]
27. [redacted]
28.

1 ████████████████████████████████████████

2 ██████████████████████████████

3     I declare under penalty of perjury under the laws of the United States of
4 America that the foregoing is true and correct.
5     Executed on this 29th day of September 2021 in Sanford, Florida.

By: _____
    Jonathan Lee Smith

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Anthony Pacheco
Anthony Pacheco