Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorney for Defendant
Jonathan Lee Smith

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00272-JFW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON DEFENDANT JONATHAN LEE SMITH'S <u>UNOPPOSED</u> *EX PARTE* APPLICATION FOR LEAVE TO FILE THE DECLARATION OF JONATHAN LEE SMITH UNDER SEAL** |
| v. | |
| JONATHAN LEE SMITH, | |
| Defendant. | |
| | The Honorable John F. Walter |

   Defendant Jonathan Smith ("Smith"), having applied for an order granting leave to file an *ex parte* application under seal and good cause appearing thereon, hereby GRANTS Smith's Application.

   IT IS HEREBY ORDERED that the following document to be filed in this case be sealed:

   The Declaration of Jonathan Lee Smith.

///

///

///

///

IT IS FURTHER ORDERED that the document identified above remain sealed absent further order of the Court.

IT IS SO ORDERED.

Dated: October ____, 2021      By: _____

JOHN F. WALTER
UNITED STATES DISTRICT
COURT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                                                       /s/ Anthony Pacheco
                                                                          Anthony Pacheco