Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorney for Defendant
Jonathan Lee Smith

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JONATHAN LEE SMITH,<br><br>   Defendant. | Case No. 2:21-CR-00272-JFW<br><br>**DECLARATION OF ANTHONY PACHECO IN SUPPORT OF DEFENDANT JONATHAN LEE SMITH'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER TO CONTINUE DEFENDANT JONATHAN LEE SMITH'S SENTENCING HEARING**<br><br>*[Filed concurrently with Defendant Jonathan Smith's Unopposed Ex Parte Application for an Order to Continue Defendant Jonathan Lee Smith's Sentencing Hearing, Under Seal Declaration of Jonathan Lee Smith, and [Proposed] Order]*<br><br>The Honorable John F. Walter |

DECLARATION OF ANTHONY PACHECO

I, Anthony Pacheco, declare pursuant to 28 U.S.C. § 1726 as follows:

1. I am an attorney at law admitted to practice law in the State of California and before the United States District Court for the Central District of California. I am employed as an attorney at the law firm of Vedder Price (CA), LLP, and counsel of record for Defendant Jonathan Smith ("Smith") in this case. I have personal knowledge of the facts set forth in this Declaration and, if called and

sworn as a witness, could and would competently testify thereto.

2. On September 22, 2021, I conferred with counsel for the United States listed below regarding this *ex parte* application for leave to file Jonathan Lee Smith's declaration under seal (filed in connection with Smith's *ex parte* application to continue Smith's sentencing):

> Alexander B. Schwab
> Assistant United States Attorney
> 1100 United States Courthouse
> Los Angeles, CA 90012
> 213.894.1259
> Alexander.Schwab@usdoj.gov

The government's counsel did not oppose Smith's requested (a) continuance of the sentencing hearing to a date convenient to the Court in January 2022; and (b) request to file the supporting Declaration of Jonathan Lee Smith under seal.

3. On September 30, 2021, I provided, via email, counsel for the United States a copy of (a) the *ex parte* application for an Order to continue Defendant Jonathan Lee Smith's sentencing hearing; (b) *ex parte* application to file the supporting Declaration of Jonathan Lee Smith under seal; (c) [Proposed] Order; supporting Declaration of Jonathan Lee Smith (redacted and unredacted); (d) supporting Declarations of Anthony Pacheco.

4. By email stated September 30, 2021, after having reviewed the *ex parte* applications and supporting declarations, counsel for the United States indicated that the United States does not object to the instant *ex parte* applications for an Order to continue Defendant Jonathan Lee Smith's sentencing hearing to a date in January 2022 and to file the supporting Declaration of Jonathan Lee Smith under seal.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing declaration is true and correct.
3  Executed this 1st day of October 2021 in Los Angeles, California.

By: /s/ Anthony Pacheco
    Anthony Pacheco

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Anthony Pacheco
Anthony Pacheco