# EXHIBIT A

# EXHIBIT A

Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorney for Defendant
Jonathan Lee Smith

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00272-JFW |
|---|---|
| Plaintiff, | **DECLARATION OF JONATHAN LEE SMITH** |
| v. | **[REDACTED]** |
| JONATHAN LEE SMITH, | The Honorable John F. Walter |
| Defendant. | |

DECLARATION OF JONATHAN LEE SMITH

I, Jonathan Lee Smith, hereby declare and state as follows:

1. I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify under oath if called upon to do so.

2. My sentencing hearing date is calendared for October 18, 2021, at 8:00 A.M. I respectfully request a continuance of my sentencing hearing to a date in January 2022.

3. ████████████████████████████████████████████

1  █████████████████████████████████████████████████████████
2  █████████████████████████████████████████████████████████
3  █████████████████████████████████████████████████████████
4  █████████████████████████████████████████████████████████
5  █████████████████████████████████████████████████████████
6  ████████████████████████████████████████████████
7  ████
8        4.   ████████████████████████████████████████████
9  █████████████████████████████████████████████████████████
10 ███████████████████████████████████████
11       5.   ████████████████████████████████████████████
12 █████████████████████████████████████████████████████████
13 █████████████████████████████████████████████████████████
14 █████████████████████████████████████████████████████████
15 ██████████████████████████████████
16       6.   ████████████████████████████████████████████
17 █████████████████████████████████████████████████████████
18 █████████████████████████████████████████████████████████
19 █████████████████████████████████████████████████████████
20       7.   ████████████████████████████████████████████
21 █████████████████████████████████████████████████████████
22 █████████████████████████████████████████████████████████
23 █████████████████████████████████████████████████████████
24 █████████████████████████████████████████████████████████
25 █████████████████████████████████████████████████████████
26 ████████████████████████████████████████████████
27 █████████████████████████████████████████████████████████
28 █████████████████████████████████████████████████████████

1 ▮
2 ▮
3 ▮
4 ▮
5 ▮
6   8.  ▮
7 ▮
8 ▮
9 ▮
10 ▮
11 ▮
12 ▮
13 ▮
14 ▮
15 ▮
16 ▮
17   9.  ▮
18 ▮
19 ▮
20 ▮
21 ▮
22 ▮
23 ▮
24 ▮
25 ▮
26 ▮
27 ▮
28

1. █████████████████████████████████████████████
2. ████████████████████████████
3.       I declare under penalty of perjury under the laws of the United States of
4. America that the foregoing is true and correct.
5.       Executed on this 29th day of September 2021 in Sanford, Florida.

By: _____
      Jonathan Lee Smith

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                                                                /s/ Anthony Pacheco
                                                                                  Anthony Pacheco

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                                /s/ Anthony Pacheco
                                                  Anthony Pacheco