Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorney for Defendant
Jonathan Lee Smith

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00272-JFW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON DEFENDANT JONATHAN LEE SMITH'S <u>UNOPPOSED</u> *EX PARTE* APPLICATION FOR AN ORDER TO CONTINUE DEFENDANT JONATHAN LEE SMITH'S SENTENCING HEARING** |
| v. | |
| JONATHAN LEE SMITH, | |
| Defendant. | |
| | The Honorable John F. Walter |

Defendant Jonathan Smith ("Smith"), having applied for an order granting the extension of Defendant Jonathan Lee Smith's sentencing hearing and good cause appearing thereon, the Court hereby GRANTS Smith's Application.

///

///

///

///

///

///

1  IT IS HEREBY ORDERED that the presently calendared sentencing date for
2  Defendant Jonathan Lee Smith be continued from October 18, 2021 to January ___,
3  2022 at _____.
4  IT IS SO ORDERED.

6  Dated:   October ___, 2021         By: _____
7                                          JOHN F. WALTER
8                                          UNITED STATES DISTRICT
                                            COURT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                            /s/ Anthony Pacheco
                                              Anthony Pacheco