Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorney for Defendant
Jonathan Lee Smith

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LEE SMITH,<br><br>Defendant. | Case No. 2:21-CR-00272-JFW<br><br>**ORDER ON DEFENDANT JONATHAN LEE SMITH'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE THE DECLARATION OF JONATHAN LEE SMITH UNDER SEAL**<br><br>The Honorable John F. Walter |

Defendant Jonathan Smith ("Smith"), having applied for an order granting leave to file an *ex parte* application under seal and good cause appearing thereon, hereby GRANTS Smith's Application.

IT IS HEREBY ORDERED that the following document to be filed in this case be sealed:

The Declaration of Jonathan Lee Smith.

///

///

///

///

IT IS FURTHER ORDERED that the document identified above remain sealed absent further order of the Court.

IT IS SO ORDERED.

Dated: October 1, 2021          By: _____
JOHN F. WALTER
UNITED STATES DISTRICT
COURT JUDGE