Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorney for Defendant
Jonathan Lee Smith

**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00272-JFW |
|---|---|
| Plaintiff, | **ORDER ON DEFENDANT JONATHAN LEE SMITH'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER TO CONTINUE DEFENDANT JONATHAN LEE SMITH'S SENTENCING HEARING** |
| v. | |
| JONATHAN LEE SMITH, | |
| Defendant. | |
| | The Honorable John F. Walter |

Defendant Jonathan Smith ("Smith"), having applied for an order granting the extension of Defendant Jonathan Lee Smith's sentencing hearing and good cause appearing thereon, the Court hereby GRANTS Smith's Application.

///

///

///

///

///

///

IT IS HEREBY ORDERED that the presently calendared sentencing date for Defendant Jonathan Lee Smith be continued from October 18, 2021 to January 7, 2022 at 8:00 am. Sentencing papers shall be filed on or before December 27, 2021.

IT IS SO ORDERED.

Dated: October 4, 2021

By: *[signature]*
JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE