Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Maura L. Riley (SBN 319826)
mriley@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorney for Defendant
Jonathan Lee Smith

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00272-JFW |
|---|---|
| Plaintiff, | **DEFENDANT JONATHAN SMITH'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE THE DECLARATION OF JONATHAN LEE SMITH UNDER SEAL** |
| v. | |
| JONATHAN LEE SMITH, | |
| Defendant. | *[Filed concurrently with Declaration of Anthony Pacheco, [Redacted] Declaration of Jonathan Lee Smith, and [Proposed] Order]* |
| | The Honorable John F. Walter |

By and through his counsel of record, Defendant Jonathan Lee Smith ("Smith") hereby applies *ex parte* for leave to file the Declaration of Jonathan Lee Smith under seal. There is good cause to file the accompanying Declaration of Jonathan Lee Smith under seal as is detailed in the accompanying Declaration of Anthony Pacheco.

Counsel for Smith conferred with counsel for the United States regarding this *ex parte* application to file the Declaration of Jonathan Lee Smith under seal and the simultaneously filed *ex parte* application to continue the sentencing date. *See* Declaration of Anthony Pacheco at ¶ 3-5. A copy of the redacted Declaration of Jonathan Lee Smith is attached as Exhibit A.

WHEREFORE, Smith respectfully requests that the Court grant leave to file the Declaration of Jonathan Lee Smith under seal.

Dated: December 21, 2021

VEDDER PRICE (CA), LLP

By: _____
Anthony Pacheco

Attorney for Defendant
Jonathan Lee Smith

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                                      /s/ Anthony Pacheco  
                                                         Anthony Pacheco