Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Maura L. Riley (SBN 319826)
mriley@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 424 204 7700
F:  +1 424 204 7702

Attorney for Defendant
Jonathan Lee Smith

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JONATHAN LEE SMITH,<br><br>        Defendant. | Case No. 2:21-CR-00272-JFW<br><br>**DECLARATION OF ANTHONY PACHECO IN SUPPORT OF DEFENDANT JONATHAN LEE SMITH'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE THE DECLARATION OF JONATHAN LEE SMITH UNDER SEAL**<br><br>*[Filed concurrently with Defendant Jonathan Smith's Unopposed Ex Parte Application for Leave to File the Declaration of Jonathan Lee Smith Under Seal, [Redacted] Declaration of Jonathan Lee Smith, and [Proposed] Order]*<br><br>The Honorable John F. Walter |

DECLARATION OF ANTHONY PACHECO

I, Anthony Pacheco, declare pursuant to 28 U.S.C. § 1726 as follows:

1.     I am an attorney at law admitted to practice law in the State of California and before the United States District Court for the Central District of California.  I am employed as an attorney at the law firm of Vedder Price (CA), LLP, and counsel of record for Defendant Jonathan Smith ("Smith") in this case.  I have personal knowledge of the facts set forth in this Declaration and, if called and

sworn as a witness, could and would competently testify thereto.

2.      The Declaration of Smith filed with the Court in connection with Smith's *ex parte* application to continue his sentencing hearing date contains confidential information, namely information about Smith's efforts to sell the library of his television shows and the content held by Hoplite, Inc. and Hoplite Entertainment, Inc.  Smith is the CEO of both entities.  The information in his declaration contains detailed confidential information regarding his plans, negotiations, and strategy to sell his library.  This information is considered confidential pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Local Criminal Rule 79-5.

3.      On December 7, 2021, I emailed counsel for the United States listed below regarding this *ex parte* application to continue Jonathan Lee Smith's hearing date:

Alexander B. Schwab

Assistant United States Attorney

1100 United States Courthouse

Los Angeles, CA 90012

213.894.1259

Alexander.Schwab@usdoj.gov

The government's counsel did not oppose Smith's requested continuance of the sentencing hearing to a date convenient to the Court in April 2022 or Smith's request to file the supporting Declaration of Jonathan Lee Smith under seal.

4.      On December 20, 2021, I provided, via email, counsel for the United States a copy of (a) the *ex parte* application for an Order to continue Defendant Jonathan Lee Smith's sentencing hearing; (b) *ex parte* application to file the supporting Declaration of Jonathan Lee Smith under seal; (c) [Proposed] Order;

1   supporting Declaration of Jonathan Lee Smith (redacted and unredacted); (d)

2   supporting Declaration of Anthony Pacheco.

3        5.     By email dated December 20, 2021, after having reviewed the *ex parte*

4   applications and supporting declarations, counsel for the United States indicated

5   that the United States does not object to the instant *ex parte* application for an Order

6   to continue Defendant Jonathan Lee Smith's sentencing hearing to a date in April

7   2022 and to file the supporting Declaration of Jonathan Lee Smith under seal.

8        I declare under penalty of perjury under the laws of the United States of

9   America that the foregoing declaration is true and correct.

10        Executed this 21st day of December 2021 in Los Angeles, California.

11

12   By: _____

          Anthony Pacheco

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

_____
/s/ Anthony Pacheco
Anthony Pacheco