# EXHIBIT A

Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Maura L. Riley (SBN 319826)
mriley@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorney for Defendant
Jonathan Lee Smith

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN LEE SMITH,<br><br>    Defendant. | Case No. 2:21-CR-00272-JFW<br><br>**DECLARATION OF JONATHAN LEE SMITH**<br><br>**[REDACTED]**<br><br>The Honorable John F. Walter |

DECLARATION OF JONATHAN LEE SMITH

I, Jonathan Lee Smith, hereby declare and state as follows:

1. I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify under oath if called upon to do so.

2. My sentencing hearing date is calendared for January 7, 2022, at 8:00 A.M. I respectfully request a continuance of my sentencing hearing to a date in April 2022. I previously requested a continuance, which the Court granted.

3. ███████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████

1 ████████████████████████████████████████
2 ████████████████████████████████████████
3 ███████████████████████████████████
4 █████████████████████████████████████
5 ███████████████████████████████████
6 ██████████████████████████████
7 ████

8  4. ██████████████████████████████
9 ████████████████████████████████████
10 ███████████████████████

11  5. ████████████████████████████████
12 ████████████████████████████████████
13 ███████████████████████████████████
14 ████████████████████████████████████
15 ██████████████████████████

16  6. ██████████████████████████████████
17 █████████████████████████████████
18 ████████████████████████████████████

19  7. ███████████████████████████████████
20 ████████████████████████████████████████
21 █████████████████████████████████
22 ███████████████████████████████████████
23 █████████████████████████████

24  8. █████████████████████████████████
25 ████████████████████████████████████████
26 ████████████████████████████████████████
27 ██████████████████████████████████████
28 ████████████████████████████████████████

1. ████████████████████████████████████████
2. ██████████████████████████████████
3. ████████████████████████████████████
4. ██████████████████████████████████████████
5. ████████████████████████████████████████
6. ██████████████████████████████████
7. ██████████████████████████████████████████
8. ████████████████████████████████
9. ████

10. 9.  ████████████████████████████████████
11. ██████████████████████████████████
12. ██████████████████████████████████████
13. ████████████████████████████████████████
14. ████████████████████████████████████████
15. ████████████████████████████████████████
16. ██████████████████████████████████████████
17. ██████████████████████████████████████
18. ████████████████████████████████████████
19. ████████████████████████████████████████
20. ██████████████████████

21. 10. ██████████████████████████████████
22. ████████████████████████████████████████
23. ██████████████████████████████████████████
24. ██████████████████████████████████████
25. ██████████████████████████████████████████
26. ████████████████████████████████████
27. ████████████████████████████████████
28. ████████████████████████████████████████

1  ███████████████████████████████████████
2  ████████████████████████████████████████
3  ███████████████████████████████████████
4  ████████████████████████████████████████
5  ████████████████████████████████████████
6  █████
7        11.   ████████████████████████████████
8  ███████████████████████████████████████
9  ████████████████████████████████████████
10 ████████████████████████████████
11
12        I declare under penalty of perjury under the laws of the United States of
13 America that the foregoing is true and correct.
14        Executed on this 20th day of December 2021 in _Sanford_, Florida.

                                              By: _____
                                                   Jonathan Lee Smith

# EXHIBIT 1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                          /s/ Anthony Pacheco
                                              Anthony Pacheco