Anthony Pacheco (SBN 128277)
apacheco@vedderprice.com
Maura L. Riley (SBN 319826)
mriley@vedderprice.com
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 424 204 7700
F:  +1 424 204 7702

Attorney for Defendant
Jonathan Lee Smith

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LEE SMITH,<br><br>Defendant. | Case No. 2:21-CR-00272-JFW<br><br>**DEFENDANT JONATHAN SMITH'S UNOPPOSED EX PARTE APPLICATION FOR AN ORDER TO CONTINUE DEFENDANT JONATHAN LEE SMITH'S SENTENCING HEARING**<br><br>*[Filed concurrently with Declaration from Anthony Pacheco, Under Seal Declaration of Jonathan Lee Smith, and [Proposed] Order]*<br><br>The Honorable John F. Walter |

By and through his counsel of record, Defendant Jonathan Lee Smith ("Smith") hereby applies *ex parte* for an order to continue Defendant Jonathan Lee Smith's sentencing hearing.  There is good cause to continue Smith's sentencing date as is detailed in the accompanying Declaration from Anthony Pacheco and the Under Seal Declaration of Jonathan Lee Smith.

Counsel for Smith conferred with counsel for the United States regarding this *ex parte* application to continue the trial date and the simultaneously filed ex parte application to file the Declaration of Jonathan Lee Smith under seal.  *See* Declaration of Anthony Pacheco at ¶¶ 3-5.  A copy of the redacted Declaration of

1   Jonathan Lee Smith is attached as Exhibit A for the Court's convenience.

2          WHEREFORE, Smith respectfully requests that the Court grant the

3   continuance of Defendant Jonathan Lee Smith's sentencing hearing to a date after

4   April 5, 2022.

5

6   Dated:          December 21, 2021          VEDDER PRICE (CA), LLP

7

8                                             By: _____

9                                                  Anthony Pacheco

10                                            Attorney for Defendant
                                              Jonathan Lee Smith
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 21, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Anthony Pacheco
Anthony Pacheco