UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LEE SMITH,<br><br>Defendant. | Case No. 2:21-CR-00272-JFW<br><br>**ORDER ON DEFENDANT JONATHAN LEE SMITH'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER TO CONTINUE DEFENDANT JONATHAN LEE SMITH'S SENTENCING HEARING**<br><br>The Honorable John F. Walter |

Defendant Jonathan Smith ("Smith"), having applied for an order granting the extension of Defendant Jonathan Lee Smith's sentencing hearing and good cause appearing thereon, the Court hereby GRANTS Smith's Application.

///
///
///
///
///

Attorneys at Law
Los Angeles

2:21-CR-00272-JFW

1  IT IS HEREBY ORDERED that the presently calendared sentencing date for
2  Defendant Jonathan Lee Smith be continued from January 7, 2022 to April 1, 2022
3  at 8:00 AM. Sentencing papers shall be filed on or before March 15, 2022.
4  IT IS SO ORDERED.

6  Dated:   December 22, 2021

_____
Hon. John F. Walter